

Cite as 2014 Ark. 163

# SUPREME COURT OF ARKANSAS

No. D–14–263

IN RE FRANK DAVID REES,
ARKANSAS BAR NO. 79238

**Opinion Delivered** April 10, 2014

PETITION TO SURRENDER
ARKANSAS LAW LICENSE

<u>GRANTED</u>.

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of impending disbarment proceedings, of the license of Frank David Rees of Jonesboro, in Craighead County, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice, filed with this court on March 20, 2014, Mr. Rees acknowledges that the many rules violations he is alleged to have committed likely would be proved at trial and would constitute serious misconduct as defined in section 17.B of the Arkansas Supreme Court Procedures Regulating Professional Conduct. Mr. Rees also states that he wishes to avoid the expense, stress, and publicity of disbarment proceedings. The name of Frank David Rees shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.